# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: KOZACEK, LESLIE | § Case No. 08-28492 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 06/24/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 05/31/2011          By: /s/BRADLEY J. WALLER
                                                              Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: KOZACEK, LESLIE | § | Case No. 08-28492 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $    13,500.14

*and approved disbursements of*      $    2,993.01

*leaving a balance on hand of* [1]      $    10,507.13

**Balance on hand:**      $    10,507.13

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    10,507.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 2,100.01 | 0.00 | 2,100.01 |
| Trustee, Expenses - BRADLEY J. WALLER | 108.50 | 0.00 | 108.50 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses:    $    2,458.51
Remaining balance:    $    8,048.62

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,048.62

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 8,048.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,502.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital Recovery II LLC As Assignee of HSBC RETAIL | 917.26 | 0.00 | 476.22 |
| 2 | Von Maur | 171.96 | 0.00 | 89.28 |
| 3 | American Express Centurion Bank | 14,413.35 | 0.00 | 7,483.12 |

Total to be paid for timely general unsecured claims: $ 8,048.62
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1              User: ckeith              Page 1 of 1              Date Rcvd: Oct 23, 2008
Case: 08-28492                    Form ID: b9a              Total Served: 18
```

The following entities were served by first class mail on Oct 25, 2008.
```
db           +Leslie Kozacek,   498 Waubonsee Circle,   Oswego, IL 60543-8731
aty          +C David Ward,   Illini Legal Services Chartered,   2756 Route 34,   Oswego, IL 60543-8301
tr           +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
12742871     +Allied Interstate, Inc.,   3000 Corporate Exchange Drive,   Columbus, OH 43231-7684
12742870     +C David Ward,   2756 Route 34,   Oswego, IL 60543-8301
12742877     +Global Credit & Collections,   PMB 10015,   300 International Drive, Suite 100,
               Williamsville, NY 14221-5783
12742869     +Kozacek Leslie,   498 Waubonsee Circle,   Oswego, IL 60543-8731
12742879      MACYS DSNB,   911 Duke Blvd,   Mason, OH   45040
12742880    ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,   6565 Brady Street,   Davenport, IA  52806)
12742882      WFNNB/Limited,   P.O. Box 3300066,   Northglenn, CO  80233
```

The following entities were served by electronic transmission on Oct 24, 2008.
```
12742872     +EDI: AMEREXPR.COM Oct 23 2008 23:58:00      American Express,   P. O. Box 297871,
               Fort Lauderdale, FL 33329-7871
12742873      EDI: CAPITALONE.COM Oct 23 2008 23:58:00      Capital One Bank,   15000 Capital One Drive,
               Richmond, VA  23238-1119
12742874     +EDI: CHASE.COM Oct 23 2008 23:58:00      Chase,   Mailstop DE1-1027,   201 North Walnut Street,
               Wilmington, DE 19801-2920
12742875     +EDI: CHASE.COM Oct 23 2008 23:58:00      Chase,   Mailstop DE1-1027,   201 North Walnut Street,
               Wilmingotn, DE 19801-2920
12742876     +EDI: RMSC.COM Oct 23 2008 23:58:00      Gemb/Gap,   P.O. Box 981400,   El Paso, TX 79998-1400
12742878      EDI: HFC.COM Oct 23 2008 23:58:00      HSBC/Carsons,   P. O. Box 15521,
               Wilmington, DE  19850-5521
12742881     +EDI: WTRWFNNB.COM Oct 23 2008 23:58:00      WFNNB/EXPRESS,   PO Box 330066,
               Northglenn, CO 80233-8066
12742883     +EDI: WTRWFNNB.COM Oct 23 2008 23:58:00      WFNNB/Victorias Secret,   PO Box 182128,
               Columbus, OH 43218-2128
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2008               Signature:    _Joseph Speetjens_

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 08-28492-BWB
Leslie Kozacek                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: mflowers           Page 1 of 1         Date Rcvd: Jun 02, 2011
                            Form ID: pdf006          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2011.
```
db         +Leslie Kozacek,   498 Waubonsee Circle,   Oswego, IL 60543-8731
aty        +C David Ward,   Illini Legal Services Chartered,   2756 Route 34,   Oswego, IL 60543-8301
tr         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
             Sycamore, IL 60178-3140
12742871   +Allied Interstate, Inc.,   3000 Corporate Exchange Drive,   Columbus, OH 43231-7684
12742872   +American Express,   P. O. Box 297871,   Fort Lauderdale, FL 33329-7871
15140810    American Express Centurion Bank,   Becket and Lee LLP Attorneys/Agent,   for Creditor,   POB 3001,
             Malvern, PA 19355-0701
12742870   +C David Ward,   2756 Route 34,   Oswego, IL 60543-8301
12742873    Capital One Bank,   15000 Capital One Drive,   Richmond, VA 23238-1119
15112493   +Capital Recovery II LLC As Assignee of HSBC RETAIL,   Care of Recovery Management Systems Corp,
             25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
12742875   +Chase,   Mailstop DE1-1027,   201 North Walnut Street,   Wilmingotn, DE 19801-2920
12742874   +Chase,   Mailstop DE1-1027,   201 North Walnut Street,   Wilmington, DE 19801-2920
12742877   +Global Credit & Collections,   PMB 10015,   300 International Drive, Suite 100,
             Williamsville, NY 14221-5783
12742878    HSBC/Carsons,   P. O. Box 15521,   Wilmington, DE 19850-5521
12742869   +Kozacek Leslie,   498 Waubonsee Circle,   Oswego, IL 60543-8731
12742879    MACYS DSNB,   911 Duke Blvd,   Mason, OH 45040
12742880   ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
            (address filed with court: Von Maur,   6565 Brady Street,   Davenport, IA 52806)
12742881   +WFNNB/EXPRESS,   PO Box 330066,   Northglenn, CO 80233-8066
12742882    WFNNB/Limited,   P.O. Box 3300066,   Northglenn, CO 80233
12742883   +WFNNB/Victorias Secret,   PO Box 182128,   Columbus, OH 43218-2128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12742876   +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2011 01:56:57    Gemb/Gap,   P.O. Box 981400,
             El Paso, TX 79998-1400
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Peter N Metrou,   Metrou & Associates
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 04, 2011**                    **Signature:**        *[signed] Joseph Speetjens*